UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK

SYLVIA SANTOS,

                              Plaintiff,

   -against-

SALZMAN GROUP, INC. d/b/a
WHOLE LATTE LOVE,

                            Defendants.

Case No.:
6:22-CV-931(BKS/ML)

**STIPULATION OF DISCONTINUANCE**

ITS IS HEREBY STIPULATED AND AGREED by and between the attorneys for Plaintiff SYLVIA SANTOS ("Plaintiff") and Defendant SALZMAN GROUP, INC. D/B/A WHOLE LATTE LOVE, parties to the above entitled action, that whereas no party hereto is an infant, incompetent person to whom a committee has been appointed and no person not a party has an interest in the subject matter of the action, the above entitled action be, and the same hereby is discontinued as against Defendant SALZMAN GROUP, INC. D/B/A WHOLE LATTE LOVE, with prejudice on the merits, and without costs to either party as against the other.

This Stipulation may be filed without further notice with the Clerk of the Court.

| | |
|---|---|
| ABRAMS FENSTERMAN, LLP<br>Attorneys for Defendant<br>Salzman Group, Inc. D/B/A<br>Whole Latte Love | NYE, STERLING, HALE, MILLER & SWEET, LLP<br>Attorneys for Plaintiff<br>Sylvia Santos |
| By: s/ Sharon P. Stiller<br>Sharon P. Stiller, Esq.<br>2280 East Avenue, First Floor<br>Rochester, NY 14610<br>(585)218-9999<br>sstiller@abramslaw.com | By: s/Benjamin J. Sweet<br>Benjamin J. Sweet, Esq.<br>1145 Bower Hill Road, Suite 104<br>Pittsburgh, PA 15243<br>(412)857-5350<br>ben@nshmlaw.com |
| Dated: October 29, 2022 | Dated: October 29, 2022 |

IT IS SO ORDERED:

*Brenda K. Sannes*
Brenda K. Sannes
Chief U.S. District Judge

Dated: October 31, 2022
Syracuse, NY